## MICHAEL WALKER *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Walker's petition for certification for appeal from the Appellate Court, 103 Conn. App. 485 (AC 27072), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*James B. Streeto,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided December 5, 2007

## VANESSA RANFONE *v.* ROBERT RANFONE

The defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 243 (AC 27317), is denied.

*Joseph A. Marotti,* in support of the petition.

*Howard A. Jacobs,* in opposition.

Decided December 5, 2007